IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| ANTONIO BROWNER,<br><br>Plaintiff,<br><br>v.<br><br>G.D.C. OFFENDER ADMINISTRATION; LISA FOUNTAIN; BIBB COUNTY SUPERIOR COURTS; COMMISIONER HOMER BRYSON; WARDEN DOUG WILLIAMS; STATE BOARD OF PARDON AND PAROLES,<br><br>Defendants. | CIVIL ACTION NO.: 6:15-cv-121 |

## ORDER

Before the Court is the Report and Recommendation of the Magistrate Judge (doc. 6) to which Objections have been filed (doc. 7). After an independent and *de novo* review of the entire record of this case, the Court **OVERRULES** Plaintiff's Objections and **ADOPTS** the Report and Recommendation as the opinion of the Court. The Court **DISMISSES THIS ACTION** for Plaintiff's failure to state a claim. Additionally, the Court **DENIES** Plaintiff leave to appeal *in forma pauperis*. The Clerk of Court is authorized and directed to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this \_\_\_\_ day of December, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA