AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ANTONIO BROWNER,

    Plaintiff,

                      JUDGMENT IN A CIVIL CASE

        V.                 CASE NUMBER: CV615-121

G.D.C. OFFENDER ADMINISTRATIION; LISA FOUNTAIN; BIBB COUNTY SUPERIOR COURTS; COMMISSIONER HOMER BRYSON; WARDEN DOUG WILLIAMS; STATE BOARD OF PARDON AND PAROLES,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on December 18, 2015, the Report and Recommendation of this Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, this civil action is DISMISSED and stands CLOSED.



December 18, 2015                        Scott L. Poff
*Date*                                          *Clerk*

                                                       *(By) Deputy Clerk*